Matthew A. Rosenthal, Esq. (SBN 279334)
Matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd., Suite 880
Los Angeles, CA  91436
T: (818) 200-1497; F: (818) 574-6022
Attorney for Plaintiff,
CAROLYN OLIVER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| CAROLYN OLIVER,<br><br>            Plaintiff,<br><br>      v.<br><br>KIMBALL, TIREY, & ST. JOHN, LLP,<br><br>            Defendant. | Case No.: 8:16-cv-702<br><br>**COMPLAINT**<br><br>**(Unlawful Debt Collection Practices)** |

CAROLYN OLIVER (Plaintiff), by her attorneys, WESTGATE LAW, alleges the following against KIMBALL, TIREY, & ST. JOHN, LLP, (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788 *et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28

U.S.C. 1367 grants this court supplemental jurisdiction over the state law claims contained herein.

4. Defendant conducts business in the state of California; therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in La Habra, Orange County, California.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5) and Cal. Civ. Code § 1788.2(h).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6) and Cal. Civ. Code §1788.2(c), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a business with offices in Los Angeles, California.

## FACTUAL ALLEGATIONS

10. On April 12, 2016, Defendant placed a collection call to Plaintiff's place of employment at telephone number XXX-XXX-5525 and spoke to Plaintiff's co-worker.

11. In the course of the collection call to Plaintiff's co-worker, Defendant's representative stated that the call was being placed by a law firm, and disclosed the name of the company placing the call.

*///*

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

12. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692b(1) of the FDCPA by disclosing in its communication with Plaintiff's co-worker that the call was being placed by the law firm of Kimball, Tirey, & St. John without an express request for such information;

    b. Defendant violated §1692c(b) of the FDCPA by communicating with Plaintiff's co-worker in an attempt to collect a debt from Plaintiff.

WHEREFORE, Plaintiff, CAROLYN OLIVER, respectfully requests judgment be entered against Defendant, KIMBALL, TIREY, & ST. JOHN, LLP for the following:

13. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

14. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

15. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

16. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

17. Defendant violated the RFDCPA based on the following:

    a. Defendant violated §1788.12(b) of the RFDCPA by communicating information regarding a consumer debt to Plaintiff's co-worker prior to obtaining a judgment against the Plaintiff;

   b. Defendant violated §1788.17 of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, 15 U.S.C. § 1692.

WHEREFORE, Plaintiff, CAROLYN OLIVER, respectfully requests judgment be entered against Defendant, KIMBALL, TIREY, & ST. JOHN LLP, for the following:

18. Statutory damages of $1000.00 pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code §1788.30(b),
19. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, Cal. Civ Code § 1788.30(c), and
20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: April 14, 2016          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal
    Attorney for Plaintiff