1  Matthew A. Rosenthal, Esq. (SBN 279334)
   Matt@westgatelaw.com
2  Westgate Law
   15760 Ventura Blvd., Suite 880
3  Los Angeles, CA  91436
   T: (818) 200-1497; F: (818) 574-6022
4  Attorney for Plaintiff,
   CAROLYN OLIVER
5

6              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
7                    **SOUTHERN DIVISION**

8  CAROLYN OLIVER,            )  **Case No.: 8:16-cv-702**
                              )
9                             )
            Plaintiff,        )  **NOTICE OF SETTLEMENT**
10                            )
       v.                     )
11                            )
   KIMBALL, TIREY, & ST. JOHN,)
12                            )
   LLP,                       )
13                            )
            Defendant.        )
14

15      NOW COMES Plaintiff, CAROLYN OLIVER, through her attorneys, and

16  hereby notifies this Court that a settlement of the present matter has been reached

17  and is in the process of finalizing settlement, which Plaintiff anticipates will be

18  finalized within the next sixty (60) days.

19      Plaintiff therefore respectfully requests this Honorable Court vacate all dates

20  currently scheduled for the present matter.

21                          RESPECTFULLY SUBMITTED,

22
     DATED:  April 21, 2016        WESTGATE LAW
23

24                            By:/s/ Matthew A. Rosenthal
                                 Matthew A. Rosenthal
25                               Attorney for Plaintiff

                                 - 1 -

                              COMPLAINT

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. I further certify that on April 21, 2016, a copy of the forgoing was served upon Defendant via email transmission to the following:

Daniel Segnit
Kimball, Tirey, & St. John, LLP
7676 Hazard Center Drive, Suite 900
San Diego CA 92101

                                             By:/s/ Matthew A. Rosenthal
                                                  Matthew A. Rosenthal